RIFFE, APPELLEE, *v.* INTERSTATE MOTOR FREIGHT SYSTEM; INS. CO. OF N. AMERICA, SURETY, APPELLANT; MAYFIELD, ADMR., APPELLEE.[*]

[Cite as Riffe *v.* Interstate Motor Freight System (1987),
31 Ohio St. 3d 161.]

(No. 86-1519—Decided July 1, 1987.)

*Gallon, Kalniz & Iorio Co., L.P.A., James A. Whittaker* and *William E. Takacs,* for appellee Sheridan Riffe, Jr.

*Bugbee & Conkle, Gregory B. Denny* and *Robert L. Solt III,* for appellant.

*Anthony J. Celebrezze, Jr.,* attorney general, *Janet E. Jackson* and *Michael L. Squillace,* for appellee Mayfield, Admr.

The judgment in this cause, having been certified by the court of appeals in case Nos. 85AP-538 and 85AP-545 as being in conflict with *Holben* v. *Interstate Motor Freight System* (Oct. 18, 1985), Lucas App. Nos. L-85-036, L-85-037 and L-85-053, unreported, is hereby reversed on authority of *Holben* v. *Interstate Motor Freight System* (1987), 31 Ohio St.

---

[*] Case Nos. 86-1208 and 86-1209 involve the same parties and issue and are governed by the result in this case.

3d 152, 31 OBR 318, 509 N.E. 2d 938, and the cause is remanded to the trial court.

MOYER, C.J., SWEENEY, HOLMES, WRIGHT and H. BROWN, JJ., concur.

LOCHER and DOUGLAS, JJ., dissent.

LOCHER, J., dissenting. I respectfully dissent for the reasons expressed in my dissent in *Holben* v. *Interstate Motor Freight System* (1987), 31 Ohio St. 3d 152, 31 OBR 318, 509 N.E. 2d 938.

DOUGLAS, J., concurs in the foregoing dissenting opinion.